UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WALKER DIGITAL TABLE SYSTEMS, LLC, a Delaware limited liability company; PJM GAMING PTY. LTD., an Australian corporation; and SATO VICINITY PTY. LTD., an Australian corporation,
    Plaintiffs,

vs.

GAMING PARTNERS INTERNATIONAL CORP., a Nevada corporation,

    Defendant.

CASE NO. 2:14-cv-00438-GMN-CWH

**STIPULATION, RELEASE, AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Walker Digital Table Systems, LLC ("WDTS"); PJM Gaming Pty. Ltd. ("PJM Gaming"); and SATO Vicinity Pty. Ltd. ("SATO") (collectively "Plaintiffs") and Defendant Gaming Partners International Corp. ("GPI" or "Defendant") hereby stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiffs against GPI in this action. Plaintiffs and GPI further stipulate that each shall bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims.

GPI hereby releases Plaintiffs from any and all causes of action and liability arising or flowing from WDTS and PJM Gaming's termination of a July 21, 2009 Magellan-IGT Global Master License Agreement, including any subsequent termination of four 2010 agreements, specifically:

    a)    August 20, 2010 IGT-GPI RFID License and Transfer Agreement

    b)    August 20, 2010 IGT-WDTS RFID Operations Agreement



c) August 20, 2010 IGT-WDTS-GPIC Side Agreement to IGT-WDTS RFID License

d) August 20, 2010 GPI-WDTS Distribution and Product Purchase Agreement.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiffs against GPI in this action are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41.

Each party shall bear its own costs and attorneys' fees.

WATSON ROUNDS

_____ 7/10/2014
Michael D. Rounds
Nevada Bar No. 4734
Ryan J. Cudnik
Nevada Bar No. 12948
10000 West Charleston Boulevard
Suite 240
Las Vegas, Nevada 89135
Tel: 702.636.4902
Fax: 702.636.4904

*Attorneys for Plaintiffs*
WALKER DIGITAL TABLE SYSTEMS,
PJM GAMING, and SATO VICININTY

BAKER & HOSTETLER LLP

_____ 7/8/2014
John W. Caldwell
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, Pennsylvania 19104-2891
Tel: 215.568.3100
Fax: 215.568.3439

*Attorney for Defendant*
GAMING PARTNERS INTERNATIONAL CORP.

**IT IS SO ORDERED** this 10th day of July, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court



## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Watson Rounds, and that on this date a true and correct copy of the foregoing document, **STIPULATION, RELEASE, AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**, will be served upon counsel of record via electronic mail through the United States District Court's CM/ECF system.

DATED July 10, 2014                               /s/ Jeff Tillison
                                                  An Employee of Watson Rounds